Frank ABSHIRE, Ruth J. Abshire and Donald E. Abshire, David R. Abshire and Keith D. Abshire, each of whom is an infant, who individually sue by Frank Abshire, as their father and next friend, Appellants,

v.

John W. GARDNER, Secretary of Health, Education and Welfare, Appellee.

No. 11274.

United States Court of Appeals Fourth Circuit.

Argued June 23, 1967.

Decided July 18, 1967.

Fred O. Blue, Bluefield, W. Va., for appellants.

George D. Beter, Asst. U. S. Atty. (Milton J. Ferguson, U. S. Atty., on brief), for appellee.

Before HAYNSWORTH, Chief Judge, WINTER, Circuit Judge, and HUTCHESON, District Judge.

PER CURIAM:

For the reasons appearing in the memorandum opinion of the District Judge filed February 3, 1967, 271 F.Supp. 927, the judgment is affirmed.

Affirmed.

---

HAUGHTON ELEVATOR COMPANY, Appellee,

v.

DONATA CORPORATION, Appellant.

HAUGHTON ELEVATOR COMPANY, Appellant,

v.

DONATA CORPORATION, Appellee.

Nos. 11272, 11273.

United States Court of Appeals Fourth Circuit.

Argued June 21, 1967.

Decided July 18, 1967.

James R. Treese for Haughton Elevator Co.

George E. Cranwell, Washington, D. C., for Donata Corp.

Before HAYNSWORTH, Chief Judge, and BOREMAN and CRAVEN, Circuit Judges.

PER CURIAM:

For reasons sufficiently appearing in the memorandum opinion of the District Court, 271 F.Supp. 958 the judgment, on these cross appeals, is affirmed.

Affirmed.